No. 94–9665. ELLIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9666. PRENZLER v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 94–9667. RAITPORT v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 94–9668. RICHARDSON v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–9669. BIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9670. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9672. DOMANSKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9673. HUNT v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 94–9674. STEPHENS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 94–9675. CRITTENDEN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–9676. SIDEBOTTOM v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–9677. POLEWSKY v. VERMONT DEPARTMENT OF SOCIAL WELFARE. Sup. Ct. Vt. Certiorari denied.

No. 94–9678. BACA v. UDALL, ATTORNEY GENERAL OF NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 94–9679. BLOUNT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.